UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHARLES SANCHEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>PATRICK EATON, et al.,<br><br>           Defendants. | Case No. 1:21-cv-00736-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST**<br><br>21-DAY DEADLINE |

Gabriel Charles Sanchez alleges the defendants were deliberately indifferent to his health by exposing him to COVID-19. (Doc. 1.) In his complaint, Plaintiff indicates that he has not filed an administrative grievance regarding his claims. (*Id.* at 3, 4.)

The Prison Litigation Reform Act provides that "[n]o action shall be brought with respect to prison conditions under . . . any other Federal law . . . by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Exhaustion of administrative remedies is mandatory and "unexhausted claims cannot be brought in court." *Jones v. Bock*, 549 U.S. 199, 211 (citation omitted). The exhaustion requirement applies to all inmate suits relating to prison life, *Porter v. Nussle*, 534 U.S. 516, 532 (2002), regardless of the relief sought by the prisoner or offered by the administrative process, *Booth v. Churner*, 532 U.S. 731, 741 (2001). Inmates are required to "complete the administrative review process in accordance with the applicable procedural rules,

including deadlines, as a precondition to bringing suit in federal court." *Woodford v. Ngo*, 548 U.S. 81, 88, 93 (2006). Generally, failure to exhaust is an affirmative defense that the defendant must plead and prove. *Jones*, 549 U.S. at 204, 216. However, courts may dismiss a claim if failure to exhaust is clear on the face of the complaint. *See Albino v. Baca*, 747 F.3d 1162, 1166 (9th Cir. 2014).

It is clear on the face of his complaint that Plaintiff failed to exhaust administrative remedies prior to filing suit. Accordingly, **within 21 days** of the date of service of this order, Plaintiff SHALL show cause in writing why this action should not be dismissed for his failure to exhaust. Alternatively, within that same time, Plaintiff may file a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   **September 7, 2021**           _ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE